AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

RONALD WAYNE BEALL,

    Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00649-LRH-WGC**

RENO POLICE DEPARTMENT, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint (Dkt. #4) is DISMISSED with prejudice as factually frivolous.

  October 12, 2011                           **LANCE S. WILSON**
                                              Clerk

                                         /s/ Katie Lynn Ogden
                                           Deputy Clerk