1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9   RONALD WAYNE BEALL,
         #36548                              )
10                                           )
              Plaintiff,                     )        3:11-cv-00649-LRH-WGC
11                                           )
    vs.                                      )
12                                           )        **ORDER**
    RENO POLICE DEPARTMENT, *et al.*,        )
13                                           )
              Defendants.                    )
14   _____/

15          On October 11, 2011, the court dismissed with prejudice this *pro se* civil rights complaint (ECF

16   #3).  Judgment was entered on October 12, 2011 (ECF #5).  After judgment was entered, plaintiff filed

17   a motion for appointment of counsel (ECF #8), motion to amend/correct complaint (ECF #9), and a

18   motion for filing fee (ECF #15).  Plaintiff also filed a notice of appeal on October 19, 2011 (ECF #11).

19          On January 6, 2012, the Ninth Circuit Court of Appeals dismissed the appeal (ECF #17), and the

20   Order on mandate was entered on January 10, 2012 (ECF #18).  Accordingly, all remaining motions are

21   denied as moot.

22          **IT IS THEREFORE ORDERED** that the following motions filed by plaintiff:   motion for

23   appointment of counsel (ECF #8); motion to amend/correct complaint (ECF #9); and motion for filing

24   fee (ECF #15) are **DENIED.**

25          Dated this 11th day of January, 2012.

26

27                                                   _____
                                                     LARRY R. HICKS
28                                                   UNITED STATES DISTRICT JUDGE