**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONALD WAYNE BEALL,
     #36548              )
                           )
       Plaintiff,        )     3:11-cv-00649-LRH-WGC
                           )
vs.                    )
                           )     **ORDER**
RENO POLICE DEPARTMENT, *et al.*,  )
                           )
       Defendants.      )
_____/

     On October 11, 2011, the court dismissed with prejudice this *pro se* civil rights complaint (ECF #3). Judgment was entered on October 12, 2011 (ECF #5). After judgment was entered, plaintiff filed a motion for appointment of counsel (ECF #8), motion to amend/correct complaint (ECF #9), and a motion for filing fee (ECF #15). Plaintiff also filed a notice of appeal on October 19, 2011 (ECF #11).

     On January 6, 2012, the Ninth Circuit Court of Appeals dismissed the appeal (ECF #17), and the Order on mandate was entered on January 10, 2012 (ECF #18). Accordingly, all remaining motions are denied as moot.

     **IT IS THEREFORE ORDERED** that the following motions filed by plaintiff: motion for appointment of counsel (ECF #8); motion to amend/correct complaint (ECF #9); and motion for filing fee (ECF #15) are **DENIED.**

     Dated this 11th day of January, 2012.

                                             _____
                                           LARRY R. HICKS
                                         UNITED STATES DISTRICT JUDGE